THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel Green, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2007-UP-310
Submitted June 1, 2007  Filed June 11, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Harold W. Gowdy, III,  of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Nathaniel Green appeals his sentence of twenty five years imprisonment for trafficking in cocaine.  Green argues the trial court erred in failing to consolidate two prior possession with intent to distribute convictions which were entered on the same day.  Green contends this error resulted in his erroneous sentence for a third conviction which resulted in a minimum twenty five years imprisonment.  Green also filed a separate pro se brief addressing this same argument. After a thorough review of the record, counsels brief, and Greens pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Greens appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.